IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MIGUEL RAMOS-GOMEZ,

Petitioner,

vs.

TODD BLANCHE, in his official capacity as Attorney General of the United States; TODD LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement; ROB JEFFREYS, in his official capacity of Director of Nebraska Department of Corrections; and DEPARTMENT OF HOMELAND SECURITY,

Respondents.

**8:26CV399**

**ORDER OF DISMISSAL**

This matter comes before the Court on the petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus (Filing No. 4). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice.

Dated this 12th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge